## (May 20, 1957)

■ JAMES M. GALLAGHER, Appellant, v. SEARS ROEBUCK & CO., INC., Respondent.—Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 835.]

■ SARAH GOLD, Respondent, v. CRITERION PORTER & WINDOW CLEANING SERVICE CORPORATION, Appellant, and F. W. WOOLWORTH Co., Defendant and Third-Party Plaintiff. HYGIENE SHOWER CURTAIN MANUFACTURING CO., INC., Third-Party Defendant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument and for other relief denied, with $10 costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 859.]

■ In the Matter of the Application for the Dissolution of ACME SURGICAL SUPPLY CO., INC. MORRIS HAIMS et al., Respondents; CHARLES TANNENBAUM et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 841.]

■ In the Matter of the Application of PETER HARVEY SCHIFF for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ SESTY LETTIERI, Appellant, v. ROSA STABILE, Individually and as Executrix of JOHN LETTIERI, Deceased, et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 844.]

■ MATT DAVID et al., Appellants, v. J. C. H. SERVICE STATIONS, INC., et al., Respondents.— Pursuant to stipulation of the parties, appeal withdrawn, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.